UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND AUTOMAX, INC. d/b/a AUTOMAX PREOWNED AND AUTOMAX, <br><br> Plaintiff, <br><br> v. <br><br> PRIDE CHRYSLER-JEEP, INC. d/b/a SEEKONK AUTOMAX AND PRIDE AUTOMAX, <br><br> Defendant. | Civ. Action No. **1:12-CV-12067-RGS** |

## STIPULATED CONSENT JUDGMENT AND ORDER

This STIPULATED CONSENT JUDGMENT AND ORDER is entered into by and between plaintiff New England Automax, Inc. d/b/a Automax Preowned and Automax, ("Automax") and defendant Pride Chrysler-Jeep, Inc. d/b/a Seekonk Automax and Pride Automax ("Pride").

WHEREAS, Automax raised claims in this Action for trademark infringement, and unfair competition, among other claims, relating to Automax's registered and common law AUTOMAX trademark and related trademark and logo (collectively, "AUTOMAX Marks"), used in commerce by Automax in connection with automotive sales and services;

WHEREAS, Pride uses or has used in commerce AUTOMAX Marks in connection with the Pride's sale of pre-owned vehicles; and uses or has used in commerce advertising that uses the Automax Marks, all without authorization or approval by Automax;

WHEREAS Automax and Pride (the "Parties") have entered into a Settlement Agreement to resolve this action, the terms of which include agreed entry of this Consent Judgment and Order.

NOW THEREFORE, the Parties expressly agree, consent, and stipulate to entry of the following Judgment and Order.

For the purpose of resolving this action without a trial,

IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

Pride Chrysler-Jeep, Inc. d/b/a Seekonk Automax and Pride Automax ("Pride"), its officers, directors, owners, employees, agents, and each of them, and any and all persons in privity or active concert and participation with them, are permanently enjoined and restrained from in any manner directly or indirectly:

1. **Making commercial use of the AUTOMAX Marks or any confusingly similar name or trademark;**
2. **Making commercial use on or in connection with any Pride product or service a trademark or logo that simulates, reproduces, counterfeits, copies, colorably imitates, or is confusingly similar to any AUTOMAX Marks;**
3. **Marketing, selling or advertising in any media now known or hereafter devised, any vehicle or pre-owned vehicle or services related thereto that uses the AUTOMAX Marks or any confusingly similar name or trademark;**
4. **Using, purchasing, applying, registering or licensing, anywhere in the world, or facilitate a third party's purchase, application, or registration of a trademark, domain name, key word, meta-tag, product, business name, trade**

name that is identical to, contains or is a translation/transliteration of, or confusingly similar to the AUTOMAX Marks;

5. Taking any action against Automax concerning Automax's ownership of, use of, or application to register, or renewal or maintenance of the AUTOMAX Marks for any goods or services;

STIPULATED, AGREED, AND CONSENTED TO AS TO FORM AND SUBSTANCE:

| New England Automax, Inc. d/b/a Automax Preowned and Automax | Pride Chrysler-Jeep, Inc. d/b/a Seekonk Automax and Pride Automax |
|---|---|
| By: *(signed)* David J. Byer  K&L Gates LLP  State Street Financial Center.  One Lincoln Street  Boston, Massachusetts 02111-2950  (617) 261-3100  David.Byer@klgates.com | By: *(signed)* David C. Manoogian, Esq.  Carriage Court  149 Pleasant Street  Attleboro, MA 02703  (508) 226-4000  dmanoog149@aol.com |

SO ORDERED:

*(signed)*
U.S. District Judge
Richard G. Stearns

Date: 5-29-13.

BOS-3339637 v1

- 3 -